UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>LAURELGLEN-BAKERSFIELD,<br><br>    Defendants. | Case No.: 1:21-cv-00225 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 6) |

    The plaintiff reports that he has settled the matter and will seek dismissal of the action soon. (Doc. 6 at 2) Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than April 30, 2021**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:   **March 18, 2021**            **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE