UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAURELGLEN-BAKERSFIELD,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-00225 NONE JLT<br><br>ORDER CLOSING THE ACTION<br>(Doc. 8) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 8) He notes that the parties will bear their own fees and costs. Id. Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

　　Dated:   **April 19, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE